The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RANDA R. MIKEL, RIAD R. MIKEL, and the martial community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al*.,<br><br>Defendants. | Case No. 3:24-cv-05689-JCC<br><br>JOINT STATUS REPORT; JOINT MOTION FOR EXTENSION OF DEADLINES; AND PARTIES' [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>November 26, 2025. |

## JOINT STATUS REPORT

Pursuant to this Court's Order granting Defendant United States' Stipulated Motion to Stay in Light of the Lapse of Appropriations (Dkt. 22), the parties submit this Joint Status Report. The Court's Order (Dkt. 22) directs the parties to advise whether they believe an extension of the current case schedule is necessary. All parties agree that an extension is warranted and have conferred to develop a mutually acceptable revised schedule, as set forth below.

The parties therefore jointly STIPULATE and AGREE to extend the deadlines established in the Court's August 5, 2025, Order Setting Trial Date and Related Dates (Dkt. 20) ("the Order").

Under Federal Rule of Civil Procedure 16(b)(4), "[a case] schedule may be modified only for good cause and with the judge's consent." See also LCR 16(b)(6) (same). The decision to

JOINT STATUS REPORT; JOINT MOTION FOR EXTENSION OF DEADLINES; AND PARTIES' [~~PROPOSED~~] ORDER
[Case No. 3:24-cv-05689-JCC] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

modify a scheduling order lies within the broad discretion of the district court. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992).

Good cause exists to amend the deadlines in the Order due to the 43-day federal lapse in appropriations and for the reasons previously set forth in the Government's Motion to Stay (Dkt. 21). The Parties proposed order adjusts all deadlines by 43 days due to this lapse. The lapse in appropriations prevented the parties' ability to schedule and conduct necessary discovery. The parties require an extension to ensure there is sufficient time to complete remaining discovery, including depositions and necessary IMEs of Plaintiff Randa Mikel who is located in Florida. Additionally, one of the United States' counsel is currently on parental leave, with an anticipated return date of January 21, 2026, further supporting the need for the requested extensions.

Accordingly, the parties jointly and respectfully request that the Court extend the deadlines in the Order as set forth below:

| Case Event | Current Deadline (ECF No. 20) | Proposed Deadline |
|---|---|---|
| **BENCH TRIAL** | August 10, 2026 | TBD [A date convenient for the Court not earlier than September 22, 2026] |
| Discovery completed by | March 16, 2026 | April 28, 2026 |
| 39.1 Mediation to be completed by | COMPLETED | - |
| Dispositive motions due by | April 13, 2026 | May 26, 2026 |
| Motions in limine due by | July 3, 2026 | August 17, 2026 |
| Pretrial Order due by | July 3, 2026 | August 17, 2026 |
| Trial briefs submitted by | July 9, 2026 | August 21, 2026 |

JOINT STATUS REPORT; JOINT MOTION FOR EXTENSION OF DEADLINES; AND PARTIES' [PROPOSED] ORDER
[Case No. 3:24-cv-05689-JCC] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

For the foregoing reasons, the parties respectfully request that the Court amend the case schedule as proposed in this motion.

A proposed order accompanies this stipulation.

DATED this 26th day of November, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | HAGENS BERMAN SOBOL SHAPIRO LLP |
| *s/ Alixandria K. Morris*<br>ALIXANDRIA K. MORRIS, TX No. 24095373 | *s/ Marty D. McLean*<br>MARTY D. MCLEAN, WSBA No. 33269<br>JESSICA THOMPSON, WSBA No. 48827<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Phone: 206-623-7292<br>Fax:    206-623-0594<br>Email: martym@hbsslaw.com<br>           jessicat@hbsslaw.com |
| *s/ Sean M. Arenson*<br>SEAN M. ARENSON, WSBA No. 60465<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax:  206-553-4073<br>Email:  alixandria.morris@usdoj.gov<br>          sean.arenson@usdoj.gov | *Attorneys for Plaintiffs* |

*Attorneys for United States of America*

I certify that this memorandum contains 410 words, in compliance with the Local Civil Rules.

JOINT STATUS REPORT; JOINT MOTION FOR EXTENSION OF DEADLINES; AND PARTIES' [PROPOSED] ORDER
[Case No. 3:24-cv-05689-JCC] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**[PROPOSED] ORDER**

It is hereby ORDERED that the Parties' motion is GRANTED. The new pretrial deadlines are as follows:

| **Deadline** | **[Proposed] New Deadline** |
|---|---|
| **BENCH TRIAL** | September 28, 2026 |
| Discovery completed by | April 28, 2026 |
| 39.1 Mediation to be completed by | COMPLETED |
| Dispositive motions due by | May 26, 2026 |
| Motions in limine due by | August 17, 2026 |
| Pretrial Order due by | August 17, 2026 |
| Trial briefs submitted by | August 21, 2026 |

DATED this 26th of November 2025.

_____
JOHN C. COUGHENOUR
United States District Judge

JOINT STATUS REPORT; JOINT MOTION FOR EXTENSION OF DEADLINES; AND PARTIES' [PROPOSED] ORDER
[Case No. 3:24-cv-05689-JCC] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970