The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| RANDA R. MIKEL, RIAD R. MIKEL, and the marital community comprised thereof,<br><br>                              Plaintiffs,<br><br>        v.<br><br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | Case No. 3:24-cv-05689-JCC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: June 3, 2026** |

## <u>STIPULATION</u>

On May 26, 2026, Defendant United States of America ("Defendant") filed a Motion to Exclude Expert Testimony (noted for June 16, 2026, Dkt. 26), and a Motion for Partial Summary Judgment (noted for June 23, 2026, Dkt. 28).

The Parties have exchanged expert reports by practicing surgeons.  In the interest of cooperative discovery and in light of the experts' limited availability, the Parties have agreed to conduct the deposition of Plaintiffs' retained orthopedic surgeon, Dr. John K. Czerwein, Jr., on June 23, 2026, and the deposition of Defendant's retained neurosurgeon, Dr. Daniel A. Lazar, on June 26, 2026.  To facilitate the completion of these depositions before the close of briefing on Defendant's motions, the Parties STIPULATE AND AGREE that:

- Plaintiffs' Responses to Defendant's Motion to Exclude Expert Testimony and Motion for Partial Summary Judgment shall be due July 24, 2026.

STIPULATION AND ORDER TO CONTINUE MOTION DEADLINES - 1

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

003336-11/3605294 V1

- Defendant's Replies shall be due July 31, 2026.

STIPULATED to this 3rd day of June, 2026.

HAGENS BERMAN SOBOL SHAPIRO LLP
*Attorneys for Plaintiffs*

s/ *Martin D. McLean*
Martin D. McLean, WSBA No. 33269
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Email: martym@hbsslaw.com

UNITED STATES ATTORNEY'S OFFICE
*Attorneys for Defendant*

s/ *Sean M. Arenson*
Sean M. Arenson, WSBA No. 60465
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Email: sean.arenson@usdoj.gov

STIPULATION AND ORDER TO CONTINUE MOTION DEADLINES - 2

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

003336-11/3605294 V1

**ORDER**

Based on the Stipulation of the Parties:

Plaintiffs shall file their Responses to the United States' Motion to Exclude Expert Testimony [Dkt. No. 26] and the United States' Motion for Partial Summary Judgment [Dkt. No. 28] by July 24, 2026.

Defendant shall file its Replies by July 31, 2026.

IT IS SO ORDERED this 3rd day of June 2026.

_John C. Coughenour_

_____

The Honorable John C. Coughenour

STIPULATION AND ORDER TO CONTINUE MOTION DEADLINES - 3

HAGENS BERMAN

1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

003336-11/3605294 V1