The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| RANDA R. MIKEL, RIAD R. MIKEL, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants | Case No. 3:24-cv-05689-JCC<br><br>**[~~PROPOSED~~] STIPULATION AND ORDER GRANTING AGREED MOTIONS *IN LIMINE***<br><br>**NOTE ON MOTION CALENDAR: August 17, 2026** |

This matter having come before the Court on the parties' Stipulation and Agreed Motions *in Limine* (**Dkt. No. 39**);

The parties stipulate as follows:

1. Regarding defendant's neurosurgery expert, Dr. Daniel Lazar, he may not testify as to (1) the definition of the standard of care applicable to the placement of pedicle screws during spinal surgery, including plaintiff's March 3, 2016, surgery; and (2) he may not testify that defendant's surgeon, Dr. Richard Teff, satisfied the standard of care when placing pedicle screws during his March 3, 2016, surgery on Ms. Mikel's spine. Dr. Lazar may, however, testify regarding other aspects of pedicle screw placement addressed in his expert report pursuant to Fed. R. Civ. P. 26(a)(2)(B).

**SO STIPULATED this 17th day of August, 2026.**



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

HAGENS BERMAN SOBOL SHAPIRO LLP
*Attorneys for Plaintiffs*

s/ Martin D. McLean
Martin D. McLean, WSBA No. 33269
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: martym@hbsslaw.com

UNITED STATES ATTORNEY'S OFFICE
*Attorneys for Defendant*

s/ Sean M. Arenson
Sean M. Arenson, WSBA No. 60465
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Email: sean.arenson@usdoj.gov

**ORDER**

Based on the Stipulation of the Parties:

1. Regarding Defendant's neurosurgery expert, Dr. Daniel Lazar, he is not permitted to testify as to the definition of the standard of care applicable to the placement of pedicle screws during spinal surgery, including plaintiff's March 3, 2016, surgery; and
2. Dr. Lazar is not permitted to testify that Defendant's surgeon, Dr. Richard Teff, satisfied the standard of care when placing pedicle screws during his March 3, 2016, surgery on Ms. Mikel's spine.

DONE IN OPEN COURT this 18th day of August 2026.

[signature]

The Honorable John C. Coughenour

Presented by:

*/s/ Martin D. McLean*

Martin D. McLean, WSBA #33269
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: martym@bbsslaw.com